IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02765-CMA-KLM

JAMES W. TURNER, and
BRENDA FREEMAN,

    Plaintiffs,

v.

NATHAN SPORTS, INC., a Pennsylvania corporation,
PENGUIN BRANDS, INC., a Pennsylvania corporation,
IMPLUS, LLC, a North Carolina corporation,
EMPACK SPRAYTECH, INC., a foreign corporation,
EMU POLISHES, INC., and
DOES 1-10,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on the parties' **Joint Motion for Protective Order** [#57] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#57] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#57-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: April 14, 2016